UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES,<br><br>    Plaintiff(s),<br><br>v.<br><br>ENERGY MANAGEMENT,<br><br>    Defendant(s).<br>_____/ | No. C-11-05251 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for May 9, 2012 has been CONTINUED to **May 10, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **May 3, 2012.**

Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: May 2, 2012

_____
DONNA M. RYU
United States Magistrate Judge