UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARDS OF TRUSTEES OF THE
SHEET METAL WORKERS LOCAL 104
HEALTH CARE TRUST, et al.,

    Plaintiffs,

    v.

ENERGY MANAGEMENT, INC.

    Defendant.
_____/

No. C 11-5251 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Judgment having been entered on July 27, 2012, this matter is referred at the request of plaintiffs for random assignment of a Magistrate Judge to preside over a judgment debtor exam and to handle all further post-judgment matters that may arise.

The parties will be advised of the date, time, and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: August 9, 2012

                                                             _____
                                                             PHYLLIS J. HAMILTON
                                                             United States District Judge

cc: Lili, Assigned M/J, counsel of record