1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10 | BOARDS OF TRUSTEES OF SHEET          Case No.: C11-5251 PJH
   | METAL WORKERS LOCAL 104 HEALTH
11 | CARE TRUST, et al.,                  **SUBSTITUTION OF ATTORNEYS**

12 |     Plaintiffs,
   | v.
13 |
   | ENERGY MANAGEMENT, INC.,
14 |
   |     Defendant.
15 |

16         TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

17 take notice that Plaintiffs, BOARDS OF TRUSTEES OF SHEET METAL WORKERS LOCAL

18 104 HEALTH CARE TRUST, et al., hereby make the following substitution of attorneys for the

19 purpose of filing a Satisfaction of Judgment:

20 Former Attorneys:
21 ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
22 MICHAEL J. CARROLL (SBN 50246)
   220 Montgomery Street, Suite 315
23 San Francisco, CA 94104

24 should be removed and, consequently, should no longer receive notice of e-filings.
25

26 ///

27 ///

28

P:\CLIENTS\SHECL\Energy Management, Inc\Substitution of Attorneys 100413.doc

1  Substitution of Attorneys:
   MURIEL B. KAPLAN (SBN 124607)
2  MICHELE R. STAFFORD (SBN 172509)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900 Phone
5  (415) 882-9287 Fax
   Email: mkaplan@sjlawcorp.com
6          mstafford@sjlawcorp.com
7
8  The following attorneys consent to this substitution:

9  Dated: October 7, 2013                    ERSKINE & TULLEY
                                              A PROFESSIONAL CORPORATION
10
11
12                                            MICHAEL J. CARROLL
                                              Former Attorneys for Plaintiffs
13                                            Boards of Trustees, et al.
14
15 Dated: October ____, 2013                  SALTZMAN & JOHNSON LAW CORPORATION
16
17                                            MURIEL B. KAPLAN
                                              New Attorneys for Plaintiffs
18                                            Boards of Trustees, et al.
19
20 The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al. hereby consent to the above
   substitution.
21
22 Dated: October ____, 2013                  BOARDS OF TRUSTEES OF THE SHEET METAL
                                              WORKERS, et al.
23
24
                                              Bruce Word, Trustee
25
26 IT IS SO ORDERED.
27 Dated: _____, 2013
                                              PHYLLIS J. HAMILTON
28                                            United States District Court

-2-
SUBSTITUTION OF ATTORNEY
Case No.: C11-5251 PJH

P:\CLIENTS\SHECL\Energy Management, Inc\Substitution of Attorneys 100413.doc

Substitution of Attorneys:
MURIEL B. KAPLAN (SBN 124607)
MICHELE R. STAFFORD (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 Phone
(415) 882-9287 Fax
Email: mkaplan@sjlawcorp.com
       mstafford@sjlawcorp.com

The following attorneys consent to this substitution:

Dated: October _____, 2013          ERSKINE & TULLEY
                                    A PROFESSIONAL CORPORATION


                                    _____
                                    MICHAEL J. CARROLL
                                    Former Attorneys for Plaintiffs
                                    Boards of Trustees, et al.


Dated: October 7, 2013              SALTZMAN & JOHNSON LAW CORPORATION

                                    _____/s/_____
                                    MURIEL B. KAPLAN
                                    New Attorneys for Plaintiffs
                                    Boards of Trustees, et al.


The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al. hereby consent to the above substitution.

Dated: October 7, 2013              BOARDS OF TRUSTEES OF THE SHEET METAL
                                    WORKERS, et al.

                                    _____/s/_____
                                    Bruce Word, Trustee

IT IS SO ORDERED.

Dated: October 9, 2013              _____
                                    PHYLLIS J. HAMILTON
                                    United States District Judge

-2-
SUBSTITUTION OF ATTORNEY
Case No.: C11-5251 PJH

P:\CLIENTS\SHECL\Energy Management, Inc\Substitution of Attorneys 100413.doc

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 7, 2013 I served the following document(s):

## SUBSTITUTION OF ATTORNEY

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| Energy Management, Inc.<br>40827 Capa Drive<br>Fremont, CA 94539 | Erskine & Tulley<br>Michael J. Carroll<br>220 Montgomery Street, Suite 315<br>San Francisco, CA 94104 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 7th day of October 2013, at San Francisco, California.

*Michelle Valentine*
Michelle Valentine

-3-
SUBSTITUTION OF ATTORNEY
Case No.: C11-5251 PJH